## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NICHOLAS ANDERSON ) <br> ) <br> Defendant. ) <br> ) | Civil Action Case No.4:18-cv-02031 |

### PLAINTIFF'S NOTICE OF VOLUNTARY
### <u>DISMISSAL WITH PREJUDICE OF NICHOLAS ANDERSON</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Nicholas Anderson, subscriber assigned IP address 108.242.215.30. ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Nicholas Anderson from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  June 14, 2019

                                                                                Respectfully submitted,

                                                                                By: /s/ Paul S. Beik
                                                                                Paul S. Beik
                                                                                Texas Bar No. 24054444
                                                                                S.D. Tex. ID No. 642213
                                                                                BEIK LAW FIRM, PLLC
                                                                                8100 Washington Ave., Suite 1000
                                                                                Houston, TX 77007
                                                                                T: 713-869-6975
                                                                                F: 713-868-2262
                                                                                 E-mail: <u>paul@beiklaw.com</u>
                                                                                **ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on June 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Paul S. Beik  
PAUL S. BEIK
